**Chad E. Bernards, ISB # 7441**
JONES WILLIAMS FUHRMAN GOURLEY, P.A.
The 9th and Idaho Center
225 N. 9th Street, Ste. 820
P.O. Box 1097
Boise, Idaho 83702
Tel.: 208-331-1170
Fax: 208-331-1529
cbernards@idalaw.com

*Counsel for Defendant*
*Fiserv Solutions, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| WISEGUY HOLDINGS, LLC, an Idaho limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FISERV SOLUTIONS, LLC, a Wisconsin limited liability company,<br><br>Defendant. | Case No.: 1:26-cv-549<br><br>**DECLARATION OF COUNSEL** |

Chad E. Bernards declares under penalty of perjury:

1. I am an attorney of the law firm Jones Williams Fuhrman Gourley, P.A., and counsel of record for Defendant Fiserv Solutions, LLC. The facts stated herein are based upon my own personal knowledge and/or information. This Declaration is submitted in support of Defendant's Motion to Dismiss and Memorandum of Law in Support filed contemporaneously herewith. I am at least eighteen (18) years of age and am competent to testify regarding the matters set forth herein.

2. Attached as **Exhibit 1** is a true and correct copy of Wiseguy Holdings, LLC's complaint filed on December 6, 2024 in the action styled *Wiseguy Holdings, LLC v. Khamu Solutions, LLC* (Case No. CV01-24-20624) (the "Khamu Lawsuit").

3. Attached as **Exhibit 2** is a true and correct copy of the court's Memorandum Decision and Order on Defendant's Motion for Summary Judgment entered on August 27, 2026 in the Khamu Lawsuit.

As provided by Idaho Code § 9-1406, I certify and declare under penalty of perjury pursuant to the law of the State of Idaho that the foregoing is true and correct to the best of my knowledge and belief.

DATED this 1st day of September 2026.

JONES WILLIAMS FUHRMAN GOURLEY, P.A.

By *[/s/ Chad E. Bernards]*
Chad E. Bernards
*Counsel for Defendant Fiserv Solutions, LLC*